FRANCIS E. JOHNSON, as Administrator, etc., Respondent, *v.* ANDROS B. STONE et al., Appellants.

103  687
Case 1
75 AD 337

· (Argued December 1, 1886 ; decided December 17, 1886.)

*John S. Davenport* for appellants.

*Francis C. Reed* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

DENNIS SULLIVAN, as Administrator, etc., Respondent, *v.* THE BUFFALO GRAPE SUGAR COMPANY, Appellant.

(Submitted December 6, 1886; decided December 17, 1886.)

*Rogers, Locke & Milburn* for appellant.

*J. H. & C. W. Stevens* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.